OSCAR GREEN, Plaintiff, *v.* FOUNDATION COMPANY, Respondent, and TODD SHIPYARDS CORPORATION, Impleaded Defendant, Appellant.

Supreme Court, Appellate Term, First Department, March 2, 1944.

See headnote, 180 Misc. 976.

*Robert B. Lisle* and *Harry G. Hill* for appellant.

*John K. Clark, Jr.,* and *Herbert J. Jacobi* for respondent.

Order affirmed, with ten dollars costs and disbursements. No opinion.

Concur: HAMMER, McLAUGHLIN and EDER, JJ.